**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Trenton Glenn SHEPHERD,
Defendant–Appellant.**

**No. 04–41629.
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided March 23, 2006.

Tracey M. Batson, Assistant U.S. Attorney, Plano, TX, for Plaintiff–Appellee.

Amy R. Blalock, Denise S. Benson, Assistant Federal Public Defender, Tyler, TX, for Defendant–Appellant.

Before JOLLY, DAVIS, and OWEN, Circuit Judges.

PER CURIAM: *

Trenton Glenn Shepherd appeals his sentence following his guilty plea conviction for possession of a firearm while addicted to or unlawfully using a controlled substance. Shepherd argues that his sentence was improper under *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). However, Shepherd knowingly and voluntarily waived his appellate rights, the Government has invoked the waiver, and the plain language of the waiver bars this appeal. *See United States v. Story,* 439 F.3d 226, 231–232 (5th Cir.2006); *United States v. Bond,* 414 F.3d 542, 546 (5th Cir.2005); *United States v. McKinney,* 406 F.3d 744, 746 (5th Cir. 2005). Shepherd's argument that the waiver does not bind him because it was perfected prior to the release of *Booker* is unavailing. *See United States v. Burns,* 433 F.3d 442, 450–51 (5th Cir.2005). Consequently, Shepherd's appeal is DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.